UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PROTO GAGE, INC.,

        Plaintiff,                                  Case No. 21-12286

v.                                                 HON. MARK A. GOLDSMITH

FEDERAL INSURANCE
COMPANY, INC.

        Defendant.

_____/

## **JUDGMENT**

The Court having entered its *Opinion & Order (1) Granting Plaintiff's Motion For Summary Judgment (Dkt. 37), (2) Denying Defendant's Motion To Permit Discovery (Dkt. 38), and (3) Staying the Case* (ECF No. 40); this matter having proceeded to appraisal and an appraisal award establishing the amount of loss having been entered on March 17, 2024; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Judgment is entered in favor of Plaintiff, PROTO GAGE, INC., and against Defendant, FEDERAL INSURANCE COMPANY, in the amount of $5,158,325.00;

IT IS FURTHER ORDERED that Defendant, FEDERAL INSURANCE COMPANY, shall pay interest to Plaintiff, PROTO GAGE, INC., in the amount of $1,695.89 per day beginning on April 6, 2019 and continuing through the date that Plaintiff receives payment from Defendant in the amount of $5,158,325.00.

The case is closed.

        SO ORDERED

                                              KINIKIA ESSIX
                                              CLERK OF THE COURT

                        By:     s/Holly Ryan
                                              DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: August 29, 2024